UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donovan Terrell Pugh, )
     Petitioner, )
) No. 1:15-cv-350
v. )
) HONORABLE PAUL L. MALONEY
Kenneth McKee, )
     Respondent. )
)

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 14), and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: October 17, 2017            /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge